AO 440(Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-1128

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  NEWEGG, INC.

was received by me on *(date)*  8/3/2021  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  LYNANNE GARES (MANAGING AGENT)  , who is
designated by law to accept service of process on behalf of *(name of organization)*  NEWEGG, INC.
C/O CORPORATION SERVICE CO
at 251 LITTLE FALLS DR. WILMINGTON, DE  on *(date)* 8/3/2021  ; or
~~as Registered Agent. Accepted by Lynanne Gares (managing agent)~~
at 12:30 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 8/3/2021

_____
KEVIN S. DUNN   *Server's signature*

_____
*Printed name and title*

2021002567
_____
*Server's address*

Additional information regarding attempted service, etc:
SERVED: SUMMONS IN A CIVIL ACTION & CLASS ACTION COMPLAINT.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| BRITTAINY SHAW, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>NEWEGG, INC.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:21-cv-1128-IM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Newegg, Inc.
Registered Agent:
Corporation Service Company
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Susan G. Steinman
OSB #106918
9145 Wallace Road NW Salem, OR 97304
Telephone: (503) 512-9141
steinman.lawoffice@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: 08/02/2021

By: J. Jones, Deputy Clerk