Susan G. Steinman
OSB #106918
9145 Wallace Road NW Salem, OR 97304
Telephone: (503) 512-9141
steinman.lawoffice@gmail.com

Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
(*pro hac vice*)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| **BRITTAINY SHAW**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**NEWEGG, INC.**,<br><br>*Defendant*. | **CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**CASE NO: 3:21-cv-01128-IM** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Brittainy Shaw, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice. All claims of the putative class members are dismissed without prejudice.

Dated: November 12, 2021

                                                Respectfully submitted,

**By:**    */s/ Manuel S. Hiraldo*
          **HIRALDO P.A.**
          Manuel S. Hiraldo, Esq.
          Florida Bar No. 030380
          (*pro hac vice*)
          401 E. Las Olas Boulevard
          Suite 1400
          Ft. Lauderdale, Florida 33301
          mhiraldo@hiraldolaw.com
          (t) 954.400.4713
          *Attorneys for Plaintiff*